# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SIERRA CLUB, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. Action No. 3:10-cv-000303-bbc |
| ) | |
| DAIRYLAND POWER COOPERATIVE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MOTION FOR PROTECTIVE ORDER

For the reasons set forth in the accompanying memorandum, Defendant Dairyland Power Cooperative hereby moves for a protective order limiting the scope of Plaintiff Sierra Club's document requests. Pursuant to Federal Rule of Civil Procedure 26(c), Dairyland hereby certifies that the parties have conferred in a good faith attempt to resolve this dispute, and are unable to agree on the proper scope of discovery under Federal Rule of Civil Procedure 26(b).

Respectfully submitted this 4th day of October, 2010.

By: /s/Nash E. Long, III
Nash E. Long, III*
**WINSTON & STRAWN LLP**
214 N. Tryon Street
22nd Floor
Charlotte, NC 28202
Email: nlong@winston.com
(704) 350-7700
(704) 350-7800 ~ Fax

1

CHL:40285.2

John M. Holloway, III\*
Eric P. Gotting\*
Elizabeth C. Williamson\*
**WINSTON & STRAWN LLP**
1700 K Street, N.W.
Washington, D.C. 20006
Email: jholloway@winston.com
      egotting@winston.com
      ewilliamson@winston.com
(202) 282-5000
(202) 282-5100 ~ Fax

Jeffrey L. Landsman
**WHEELER, VAN SICKLE & ANDERSON, S.C.**
25 West Main Street, Suite 801
Madison, WI 53703
Email: JLandsman@wheelerlaw.com
(608) 255-7277
(608) 255-6006 ~ Fax

*Attorneys for Dairyland Power Cooperative*

*\*Admitted Pro Hac Vice*

2

# **CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing **DEFENDANT'S MOTION FOR PROTECTIVE ORDER** with the Clerk of the Court using the CM/ECF system that will send notification of such filing automatically to all counsel of record.

> David C. Bender
> Christa O. Westerberg
> Pamela R. McGillivray
> **MCGILLIVRAY WESTERBERG & BENDER, LLC**
> 305 S. Paterson Street
> Madison, WI 53703
> Email: bender@mwbattorneys.com
>         westerberg@mwbattorneys.com
>         mcgillivray@mwbattorneys.com
>
> Elizabeth R. Lawton
> **MIDWEST ENVIRONMENTAL ADVOCATES, INC.**
> 551 Main Street, Suite 200
> Madison, WI 53703
> Email: blawton@midwestadvocates.com

This 4th day of October, 2010.

/s/Nash E. Long, III
Nash E. Long, III*

3

CHL:40285.2