IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SIERRA CLUB, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. Action No. 3:10-cv-000303-bbc |
| ) | |
| DAIRYLAND POWER COOPERATIVE, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DAIRYLAND'S REPLY IN SUPPORT OF MOTION FOR PROTECTIVE ORDER**

Dairyland files this reply in response to an argument newly raised in Sierra Club's opposition brief, which Sierra Club had failed to advance during the parties' meet and confer. Sierra Club now asserts that discovery of Dairyland's Section 114 response to EPA is relevant to its opacity violation claim because "to know which opacity limit applies, Plaintiff needs to know what physical or operational changes occurred at DPC's plants."  Doc. No. 26 at 4; Doc. No. 27 at 2-3; *see also* Wis. Admin. Code §§ NR 431.04, NR 431.05 (limiting sources to 40% and 20% opacity, respectively).  Prior to its response, Sierra Club never indicated that it disputed the levels of the opacity limits in Dairyland's permits issued by the Wisconsin Department of Natural Resources.  Sierra Club is wrong for two reasons.

First, one need only look at the applicable operating permits to see what opacity limit applies to the Dairyland plants.  Indeed, Sierra Club's Complaint alleged that "the smoke emitted from the stacks at the Alma/Madgett and Genoa plants violated [opacity] limits" as set forth in Dairyland's permits.  Doc. No. 1 at ¶¶ 101; *id.* at 35-40 (specifying opacity limits contained in Dairyland's permits for each Unit).  Sierra Club's argument for the relevance of the Section 114 production to its opacity claim is therefore not supported by its Complaint.

Second, Sierra Club's argument – suggesting that the opacity limits Wisconsin incorporated into the applicable operating permits are incorrect – represents an impermissible collateral attack upon a facially valid state permit. Such collateral attacks on state permits under the guise of a citizen suit against a permittee are improper as a matter of law. *See, e.g.*, *Nat'l Parks Conservation Ass'n v. Tenn. Valley Auth.,* 175 F. Supp. 2d 1071, 1079 (E.D. Tenn. 2001) (dismissing citizen suit alleging violations of opacity limits for a TVA facility, notwithstanding that each of the alleged "violations" was allowed by the facility's operating permit and holding that "the Clean Air Act provides no cause of action for a citizen suit collaterally attacking a permit issued by a State's enforcement agency"). Thus, the non-Complaint projects are not relevant to Sierra Club's opacity claims, and Sierra Club's overbroad requests should be limited. Accordingly, Dairyland's motion for protective order should be granted.

Respectfully submitted this 15th day of October, 2010.

           **By:**   /s/Nash E. Long, III
               Nash E. Long, III*
               **WINSTON & STRAWN LLP**
               214 N. Tryon Street
               22nd Floor
               Charlotte, NC 28202
               Email: nlong@winston.com
               (704) 350-7700
               (704) 350-7800 ~ Fax

John M. Holloway, III*
Eric P. Gotting*
Elizabeth C. Williamson*
**WINSTON & STRAWN LLP**
1700 K Street, N.W.
Washington, D.C. 20006
Email: jholloway@winston.com
egotting@winston.com
ewilliamson@winston.com
(202) 282-5000
(202) 282-5100 ~ Fax

Jeffrey L. Landsman
**WHEELER, VAN SICKLE & ANDERSON, S.C.**
25 West Main Street, Suite 801
Madison, WI 53703
Email: JLandsman@wheelerlaw.com
(608) 255-7277
(608) 255-6006 ~ Fax

*Attorneys for Dairyland Power Cooperative*
*\*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing **DEFENDANT'S REPLY IN SUPPORT OF MOTION FOR PROTECTIVE ORDER** with the Clerk of the Court using the CM/ECF system that will send notification of such filing automatically to all counsel of record.

>David C. Bender
>Christa O. Westerberg
>Pamela R. McGillivray
>**MCGILLIVRAY WESTERBERG &BENDER, LLC**
>305 S. Paterson Street
>Madison, WI 53703
>Email: bender@mwbattorneys.com
>       westerberg@mwbattorneys.com
>       mcgillivray@mwbattorneys.com
>
>Elizabeth R. Lawton
>**MIDWEST ENVIRONMENTAL ADVOCATES, INC.**
>551 Main Street, Suite 200
>Madison, WI 53703
>Email: blawton@midwestadvocates.com

This 15th day of October, 2010.

>                              /s/Nash E. Long, III
>                              Nash E. Long, III*