IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SIERRA CLUB,

                                                                                                                                                 ORDER

                     Plaintiff,

                                                                                                                                    10-cv-303-bbc

     v.

DAIRYLAND POWER COOPERATIVE,

                   Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      This case is presently before the court on defendant Dairyland Power Cooperative's motion to stay discovery and scheduling deadlines pending entry of consent decree. Upon review of the motion, the court orders that all deadlines for dispositive motions and all discovery are stayed for 90 days, that is until January 4, 2012, pending the lodging and entry of a consent decree.

      A status conference will be held on January 4, 2012, by telephone. Plaintiff's counsel is to initiate the conference call to chambers at (608) 264-5447. If the consent decree has been lodged and entered before then, the status conference will be canceled.

      Entered this 3d day of October, 2011.

                                              BY THE COURT:

                                              /s/
                                              BARBARA B. CRABB
                                              District Judge