IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SIERRA CLUB,

                                                                     ORDER

              Plaintiff,

                                                     10-cv-303-bbc

    v.

DAIRYLAND POWER COOPERATIVE,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

A telephone status conference was held in this case on January 4, 2012. Plaintiff appeared by David Bender and Pamela McGillivray. Defendant appeared by John Holloway.

The court noted that defendant had recently filed an unopposed motion to stay discovery for a period of 90 days pending entry of a consent decree. Counsel advised the court that the parties continue to work diligently to finalize the terms of the consent decree and are hopeful that a consent decree can be finalized within ninety days, if not sooner.

To keep the court informed of the progress of the consent decree, defendant is to advise the court in writing on February 1, 2012 and March 1, 2012, of the status of the case unless a consent decree is filed and entered before then.

1

ORDER

Defendant's motion to stay discovery and scheduling deadlines, dkt. #89, is GRANTED. Defendant shall advise the court in writing on February 1, 2012 and March 1, 2012, of the status of the entry of a consent decree.

Entered this 4th day of January, 2012.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge