## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SIERRA CLUB, | ) |
|              Plaintiff, | ) ) ) |
| v. | ) ) Civ. Action No. 3:10-cv-000303-bbc |
| DAIRYLAND POWER COOPERATIVE, | ) ) |
|              Defendant. | ) ) |

### Notice of Lodging of Consent Decree

Plaintiff Sierra Club hereby provides notice to the Court that the parties in this case are lodging the attached Consent Decree, pending the conclusion of the required forty-five (45) day review period mandated by the Clean Air Act. 42 U.S.C. § 7604(c)(3). The same is being filed concurrently in *United States v. Dairyland Power Cooperative*, 12-cv-462 (W.D.Wis.), Dkt. 2-1. Pursuant to statute, the United States Department of Justice and Environmental Protection Agency must have a period of forty-five (45) days in which to review and provide any comments on the proposed Consent Decree. Following the conclusion of the forty-five (45) day notice period provided by statute, the Parties will jointly move the Court to enter the attached Consent Decree. Simultaneously, the United States will be publishing notice of the Consent Decree pursuant 42 U.S.C. § 7413(g).

Respectfully submitted this 28th day of June 2012.

                                 ***/s/ David C. Bender***
                                 David C. Bender
                                 Christa O. Westerberg
                                 Pamela R. McGillivray
                                 **MCGILLIVRAY WESTERBERG & BENDER, LLC**
                                 211 S. Paterson Street, Ste 320
                                 Madison, WI 53703
                                 Email: bender@mwbattorneys.com
                                               westerberg@mwbattorneys.com
                                               mcgillivray@mwbattorneys.com
                                 (608) 310-3560
                                 (608) 310-3561 – Fax