IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SIERRA CLUB,

                                                   ORDER

                    Plaintiff,

                                           10-cv-303-bbc

     v.

DAIRYLAND POWER COOPERATIVE,

                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Upon the motion of plaintiff Sierra Club, IT IS HEREBY ORDERED that Sierra Club's motion is GRANTED and that the Consent Degree lodged by Sierra Club as Docket #97-1 is ENTERED.

      Entered this 23d day of August, 2012.

                                      BY THE COURT:
                                      /s/
                                      BARBARA B. CRABB
                                      District Judge